BUTLER v. NATIONWIDE MUTUAL

No. 328 PC.

Case below: 52 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

CARTER v. INSURANCE CO.

No. 279 PC.

Case below: 52 N.C. App. 520.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

CHURCH v. PARSONS TRUCKING

No. 321 PC.

Case below: 52 N.C. App. 164.

Petition by defendant for certiorari is allowed and cause is remanded to the North Carolina Court of Appeals for appropriate proceedings and hearing on the merits 6 October 1981.

COSTIN v. SHELL

No. 329 PC.

Case below: 53 N.C. App. 117.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

CROWELL v. CHAPMAN

No. 218 PC.

No. 129 (Fall Term).

Case below: 52 N.C. App. 164.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 October 1981.